JONES *v.* CAMP.

LEWIS, J. The charges complained of were in substantial accord with the settled rules of law. No material instruction was omitted. There was no error in rejecting testimony, and the evidence warranted the verdict. *Judgment affirmed. All the Justices concurring, except Fish, J., absent.*

Argued April 25, — Decided May 12, 1900.

Action for damages. Before Judge Henry. Floyd superior court. July term, 1899.

*George A. H. Harris & Son,* for plaintiff.
*Dean & Dean,* for defendant.

___

JACKSON *v.* WARTHEN, administrator.

COBB, J. 1. It is not a good ground of objection to an application by an administrator for leave to sell lands or stocks in an incorporated company, for the purpose of paying debts, that the market is depressed and that for this reason the property will not sell for its full value.

2. Nor does the fact that the claim of the caveating creditor against the estate is disputed afford cause for denying such application.

3. Allegations in a caveat to an application of this kind, to the effect that the administrator is fraudulently colluding with the widow of the intestate to sacrifice the property of the estate and thus defeat the rights of creditors, are without merit, when they rest solely upon facts of the nature above indicated.

*Judgment affirmed. All the Justices concurring, except Fish, J., absent.*

Argued April 25, — Decided May 12, 1900.

Appeal. Before Judge Henry. Walker superior court. August term, 1899.

*W. T. Turnbull, W. W. Brookes,* and *Copeland & Jackson,* for plaintiff in error. *R. M. W. Glenn* and *Payne & Payne,* contra.